IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAL SINGH GREWAL,<br><br>        Plaintiff,<br><br>    v.<br><br>ALBERTO GONZALES, Attorney General;<br>NANCY ALCANTAR, District Director<br>of the Immigration and<br>Naturalization Service,<br>San Francisco, California;<br>UNITED STATES IMMIGRATION AND<br>NATURALIZATION SERVICE, a/k/a<br>I.C.E.,<br><br>        Defendants. | 2:07-cv-1656-GEB-EFB<br><br>RELATED CASE ORDER |
| PAL SINGH GREWAL,<br><br>        Plaintiff,<br><br>    v.<br><br>ALBERTO GONZALES, Attorney General;<br>NANCY ALCANTAR, District Director<br>of the Immigration and<br>Naturalization Service, San<br>Francisco, California; UNITED<br>STATES IMMIGRATION AND<br>NATURALIZATION SERVICE, a/k/a<br>I.C.E.,<br><br>        Defendants. | 2:07-cv-1673-WBS-KJM |

      Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 83-123(a), since they involve the same parties and are based on the same or similar

claims. Accordingly, the assignment of the actions to the same judge and magistrate judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely results in the actions being assigned to the same judge and magistrate judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that action 2:07-cv-1673-WBS-KJM is reassigned to Judge Garland E. Burrell, Jr., and Magistrate Judge Edmund F. Brennan for all further proceedings. Henceforth, the caption on documents filed in the reassigned case shall show the initials "GEB-EFB" instead of the other judges' initials.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: December 21, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge