IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAL SINGH GREWAL,

    Petitioner,               No. CIV S-07-1656 GEB EFB P

    vs.

MICHAEL B. MUKASEY, et al.,

    Respondents.

_____/

PAL SINGH GREWAL,

    Petitioner,               No. CIV S-07-1673 GEB EFB P

    vs.

MICHAEL B. MUKASEY, et al.,      <u>ORDER</u>

    Respondents.

_____/

    Petitioner has filed the above-captioned petitions for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

////

///

On April 11, 2008, the magistrate judge filed findings and recommendations in the above-captioned cases which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days. Petitioner has not filed objections to the findings and recommendations.[1]

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 11, 2008, are adopted in full;

2. The action designated *Grewal v. Mukasey*, Case No. Civ. S-07-1656 GEB EFB P is dismissed as moot;

3. The January 22, 2008, motion to dismiss in *Grewal v. Gonzales*, Case No. Civ. S-07-1673 GEB EFB P is granted; and

4. Judgment is entered in both cases and the Clerk is directed to close the case.

Dated: June 20, 2008

GARLAND E. BURRELL, JR.
United States District Judge

---

[1] Although it appears from the file that petitioner's copy of the findings and recommendations issued in Civ. S-07-1656 GEB/EFB was returned, petitioner was properly served. It is the petitioner's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 83-182(f), service of documents at the record address of the party is fully effective.

2